**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRETT T. CULVER,** | : | **CIVIL NO. 1:CV-11-2205** |
| **Plaintiff,** | : | |
| | : | **(Judge Kane)** |
| **v.** | : | |
| | : | |
| **JAMES SPECTER, <u>et</u> <u>al</u>.,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**NOW, THIS 11th  DAY OF MARCH, 2014,** in accordance with the

accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.  Plaintiff's "Motion for Court Reconsideration of Dispositions to Proceedings of this Case" (Doc. No. 175) is **denied**.

2.  Defendant Specter's Motion for Leave to File Sur-Reply Brief in Opposition to Plaintiff's Motion to Compel (Doc. No. 203) is **granted**.  The Sur-Reply brief attached by Defendant to his motion is accepted by the Court.

3.  Plaintiff's Motion to Compel Discovery (Doc. No. 187) is **denied**.  However, within fifteen (15) days from the date of this order, Plaintiff may serve a more narrow request on Defendant Specter with regard to Request for Production of Documents #4.


S/ Yvette Kane
YVETTE KANE, District Judge
Middle District of Pennsylvania