# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRETT T. CULVER,** | : | CIVIL NO. 1:CV-11-2205 |
| **Plaintiff,** | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **JAMES SPECTER, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW, THIS 22nd DAY OF AUGUST, 2014,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the motion for reconsideration (Doc. No. 200) is **denied.**

S/ Yvette Kane
YVETTE KANE, District Judge
Middle District of Pennsylvania