**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRETT T. CULVER,** | : | **CIVIL NO. 1:CV-11-2205** |
| Plaintiff, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **JAMES SPECTER, et al.,** | : | |
| Defendants | : | |

## ORDER

**NOW, THIS 22nd DAY OF SEPTEMBER, 2014,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motions for extension of time within which to submit certificates of merit (Doc. Nos. 202, 211) are **granted nunc pro tunc**. The certificates of merits submitted on February 10, 2014 (Doc. No. 238) are **deemed to be timely filed**.

2. Defendant Specter's motion to strike Plaintiff's certificate of merit with respect to the state malpractice/negligence claims against him is **denied**.

                                                                  S/ Yvette Kane
                                                                  YVETTE KANE, District Judge
                                                                  Middle District of Pennsylvania