IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRETT T. CULVER,** | : | **CIVIL NO. 1:CV-11-2205** |
| **Plaintiff,** | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **JAMES SPECTER, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**NOW, THIS 30th DAY OF SEPTEMBER, 2014,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motions for summary judgment (Doc. Nos. 214, 216) are **denied without prejudice**.

2. Plaintiff's motion for administrative order compelling medical records from Dr. Chung (Doc. No. 221) is **granted only to the extent that** within ten (10) days the Corrections Defendants shall advise the Court as to whether they are in possession of records from Dr. Chung concerning the evaluation and/or treatment of Plaintiff. If so, they are to provide a copy of said records to Plaintiff within ten (10) days. If not, Plaintiff may utilize a subpoena in attempting to obtain these records.

3. The Clerk of Court is directed to issue one (1) subpoena to Plaintiff for his use in the course of discovery in this case.

4. The Clerk shall complete the caption and case number on the blank subpoena form.

5. Plaintiff is directed to file certificates of service with the Court for the subpoena he serves, and to return to the Clerk of Court any unused subpoenas no more than ten (10) days after the termination of this lawsuit.

6. Plaintiff's motion for administrative order compelling the Schuykill County trial transcript (Doc. No. 228) is **granted only to the extent that** within ten (10) days the Defendants shall advise the Court as to whether they are in possession of the trial transcript. If so, they are to provide a copy of the transcript to Plaintiff within ten (10) days. If Defendants do not have the transcript and certify to Plaintiff that they will not be obtaining it, Plaintiff may renew his request with this Court by filing a new motion.

7. Plaintiff's motion to stay proceedings (Doc. No. 231) is **denied**.

8. Corrections Defendants' motion for extension of time to conduct discovery is **granted to the following extent**. All discovery shall be completed by the parties within sixty (60) days from the date of this order. Any dispositive motions shall be filed within thirty (30) days thereof.

9. Corrections Defendants' motion to compel (Doc. No. 254) is **granted to the following extent**. If Defendants have possession of Dr. Chung's records and provide them to Plaintiff, Plaintiff shall supplement his responses to Interrogatories 3-5 and Requests for Production of Documents 6-8 within twenty (20) days from his receipt of the records. If Plaintiff intends to use Dr. Jageman as an expert at any trial, he shall also supplement his responses to these same discovery requests within twenty (20) days from the date of this order.

S/ Yvette Kane
YVETTE KANE, District Judge
Middle District of Pennsylvania