# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRETT T. CULVER, : | |
|     Plaintiff : | CIVIL NO. 1:11-CV-02205 |
| : | |
| v. : | (Judge Kane) |
| : | |
| JAMES SPECTER, et al., : | |
|     Defendants : | |

## ORDER

**AND NOW**, this 30th day of September, 2015, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1) Plaintiff's motion for extension of time (Doc. No. 347) is **GRANTED**. Plaintiff's reply brief (Doc. No. 358) is accepted as timely filed.

2) Plaintiff's motions to strike (Doc. Nos. 311, 365, 369, 370, 371, 372) are **DENIED**.

                                                  S/ Yvette Kane
                                                  YVETTE KANE, District Judge
                                                  Middle District of Pennsylvania