**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRETT T. CULVER,** | : | |
|     **Plaintiff** | : | **CIVIL NO. 1:11-CV-02205** |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **JAMES SPECTER, et al.,** | : | |
|     **Defendants** | : | |

**ORDER**

**AND NOW**, this 31st day of March, 2016, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1) Plaintiff's Motion to Amend/Correct Complaint (Doc. No. 305) is hereby **DENIED**.

2) Defendants Gustitus and Lisiak's Motion for Summary Judgment (Doc. No. 290) is **GRANTED** to the extent that the Clerk of Court is directed to enter judgment in favor of Defendants Gustitus and Lisiak on all of Plaintiff's claims arising under federal law.

3) Defendant Specter's Motion for Summary Judgment (Doc. No. 294) is **GRANTED** to the extent that the Clerk of Court is directed to enter judgment in favor of Defendant Specter on all of Plaintiff's claims arising under federal law**.**

4) Corrections Defendants Motion for Summary Judgment (Doc. No. 331) is **GRANTED** to the extent that the Clerk of Court is directed to enter judgment in favor of Corrections Defendants on all of Plaintiff's claims arising under federal law.

5) All of Plaintiffs claims arising under state law are hereby **DISMISSED** for lack of jurisdiction.

6) All other pending motions (Doc. Nos. 330, 392, 395) are hereby **DEEMED MOOT**.

7) The Clerk of Court is directed to **CLOSE** this case.

                                                    <u>S/ Yvette Kane</u>
                                                    YVETTE KANE, District Judge
                                                    Middle District of Pennsylvania